

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Anthony John Liberto, Appellant

No. 06-16-00063-CR        v.

The State of Texas, Appellee

Appeal from the 13th District Court of Navarro County, Texas (Tr. Ct. No. D34945). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Anthony John Liberto, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk